# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

CHANGE OF PLEA IN __USA v. Windsor Primous__

CRIMINAL NO. __CR 615-13__ AT __Statesboro, Georgia__

_____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT __Windsor Primous__ , HAVING

PREVIOUSLY ENTERED A PLEA OF __Not Guilty__ ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF __Guilty__ TO __Count 1__

IN THE INDICTMENT.

THIS __17__ DAY OF __March__ , 2016.

NOLLE PROSSE AS

TO COUNT(S) _____

_/s/ Windsor Primous_
Windsor Primous  DEFENDANT

_/s/ W. Keith Barber_
COUNSEL FOR DEFENDANT
W. Keith Barber