# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | CR615-13 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| WINDSOR PRIMOUS | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on December 3, 2015, a federal grand jury sitting in the Southern District of Georgia returned a five-count Indictment against Defendant, Windsor Primous charging violations of 18 U.S.C. § 1341 (Counts One through Five – Mail Fraud);

WHEREAS, the Indictment sought forfeiture pursuant 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) of any property constituting or derived from proceeds traceable to the offenses, including but not limited to a money judgment, the amount of which shall be reflective of the gross proceeds obtained as a result of the offenses charged in Counts One through Five of the Indictment;

WHEREAS, the Indictment further provided for the forfeiture of substitute assets pursuant to 21 U.S.C § 853(p), of any other property of Defendant up to the value of the property subject to forfeiture;

WHEREAS, on March 17, 2016, pursuant to written plea agreement, the Defendant pled guilty to Count One of the Indictment charging a violation of 18 U.S.C. § 1341, Mail Fraud;

WHEREAS, pursuant to her plea agreement, Defendant agreed to entry of an Order of Forfeiture reflecting a money judgment in the amount of actual loss as determined by the Court at sentencing;

WHEREAS, the Defendant obtained proceeds of and caused losses to the United States Department of Labor in the amount of $151,512.59; and

WHEREAS, pursuant to her plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), Defendant shall forfeit to the United States the sum of $151,512.59, which is the sum of money equal to all proceeds traceable to Defendant's offense of conviction.

2. This Court shall retain jurisdiction for the purpose of enforcing this Order.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

5. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Lamont A. Belk, United States Attorney's Office for the Southern District of Georgia, P.O. Box 2017, Augusta, Georgia 30903.

Date: 7/20/16

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

Lamont A. Belk
Assistant United States Attorney
Georgia Bar Number 047404
P.O. Box 2017
Augusta, Georgia 30903
(706) 724-0517

Date: 7-20-16

Windsor Primous
Defendant

Date: 7-20-16

W. Keith Barber, Esq.
Attorney for Defendant

Date: 7-20-16